FILE COPY



# 11TH COURT OF APPEALS

# EASTLAND, TEXAS

### JUDGMENT

In re Jessica Elaine Carmichael,

No. 11-17-00357-CR

\* Original Proceeding

\* January 5, 2018

\* Panel consists of: Wright, C.J.,
    Willson, J., and Bailey, J.

This court has considered relator's petition for writ of mandamus and concludes that the petition should be denied.  Therefore, the petition for writ of mandamus is denied.